IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| WILLIAM M. BOSTER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:17-cv-03857 |
| ) | |
| LIVE WELL FINANCIAL, INC., and ) | |
| COMPU-LINK CORPORATION, ) | |
| dba CELINK, ) | |
| ) | |
| Defendants. ) | |

## **LIVE WELL FINANCIAL, INC.'S MOTION TO DISMISS**

Defendant, Live Well Financial, Inc. ("Live Well"), by counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6) hereby moves to dismiss the Complaint filed by William M. Boster, Jr., in its entirety, for failure to state a claim upon which relief can be granted. The grounds for the motion are set forth more fully in the supporting memoranda filed contemporaneously herewith.

Dated: August 28, 2017            Respectfully submitted,

LIVE WELL FINANCIAL, INC.

By:   /s/ Jaime B. Wisegarver
                Counsel

Jaime B. Wisegarver (W.Va. Bar No. 11936)
HIRSCHLER FLEISCHER
A PROFESSIONAL CORPORATION
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, Virginia 23218-0500
Telephone:    804.771.9500
Facsimile:    804.644.0957
E-mail:       jwisegarver@hf-law.com

*Counsel for Live Well Financial, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| WILLIAM M. BOSTER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| LIVE WELL FINANCIAL, INC., and ) | |
| COMPU-LINK CORPORATION, ) | |
| dba CELINK, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a copy was sent via UPS Overnight to the following:

> Gary M. Smith, Esquire
> Mountain State Justice, Inc.
> 1031 Quarrier Street, Suite 200
> Charleston, West Virginia 25301

> /s/ Jaime B. Wisegarver
> Jaime B. Wisegarver (W. Va. Bar No.11936)
> HIRSCHLER FLEISCHER
> A PROFESSIONAL CORPORATION
> The Edgeworth Building
> 2100 East Cary Street
> Post Office Box 500
> Richmond, Virginia 23218-0500
> Telephone:   804.771.9500
> Facsimile:   804.644.0957
> E-mail:      jwisegarver@hf-law.com
>
> *Counsel for Live Well Financial, Inc.*

9019169-1  032221.00056