```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                  AT CHARLESTON
```

**WILLIAM W. BOSTER, JR.,**

      **Plaintiff,**

**v.**                              **Civil Action No. 2:17-cv-03857**

**TIAA, FSB F/K/A EVERBANK,**

      **Defendant.**

## ORDER

The parties having notified the court on October 21, 2024 that the plaintiff has complied with the court's order enforcing settlement entered September 19, 2024, by vacating the subject property, it is ORDERED that this case be dismissed with prejudice and stricken from the docket.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                    ENTER: October 22, 2024

                                      John T. Copenhaver, Jr.
                                    Senior United States District Judge